IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLLIE MACK, III,

    Plaintiff,                  No. CIV S-07-1328 GEB KJM PS

    vs.

FEDERAL BUREAU OF INVESTIGATIONS, et al.,

    Defendant.               <u>ORDER</u>

/

        On August 27, 2007, plaintiff filed a proposed order. Since then, plaintiff has sent several e-mail messages to the courtroom deputy. As plaintiff was advised in the August 30, 2007 order, no scheduling conference will be set until a complaint is on file that passes the court's screening under 28 U.S.C. § 1915. Plaintiff is further advised that correspondence with the court by e-mail is inappropriate. Any requests for the court to act must be made by appropriately noticed motion and the court will address motions only by order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's proposed order is denied.

        2. Plaintiff is directed to send no further e-mails to the courtroom deputy. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: September 5, 2007.

_____
U.S. MAGISTRATE JUDGE

006 mack.fts